IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| SIGRID MICHEL, | : | |
| --- | --- | --- |
| *Plaintiff*, | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | NO. 16-5314 |
| NANCY A. BERRYHILL, | : | |
| Acting Commissioner of | : | |
| Social Security, | : | |
| *Defendant*. | : | |

## ORDER

**AND NOW**, this 21st day of June, 2017, upon consideration of Plaintiff's Request for Review, (Dkt No. 9), Defendant's Motion to Remand in response thereto, (Dkt No. 14), and the Report and Recommendation of the Honorable Timothy R. Rice, United States Magistrate Judge, (Dkt No. 16), with no objections thereto having been filed in accordance with Local Rule 72.1 IV(b), it is hereby **ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;
2. Defendant's Motion to Remand is **GRANTED**; and
3. This matter is **REMANDED** to the Social Security Commission for further review consistent with the Report and Recommendation.

It is further **ORDERED** that the Clerk of Court shall **CLOSE** this case for statistical and all purposes.

BY THE COURT:

*/s/ C. Darnell Jones, II*
C. Darnell Jones, II    J.